**FILED**
JUN 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Arnulfo CASTRO-Gutierrez<br><br>　　　　Defendant | ) Mag. Case No. '08 MJ 8558<br>) COMPLAINT FOR VIOLATION OF:<br>)<br>) Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>) Illegal Transportation of Aliens<br>)<br>)<br>)<br>)<br>) |

The undersigned complainant, being duly sworn, states:

On or about June 18, 2008, within the Southern District of California, defendant Arnulfo CASTRO-Gutierrez, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, Mario CORTEZ-Cervantes, Francisco SOLIS-Gonzalez and Daniel CORTEZ-Hernandez had come to, entered or remained in the United States in violation of law, did transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states that this complaint is based on the attached Statement of Facts which, is incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JUAN SUAREZ
　　　　　　　　　　　　　　　　　　　　Senior Border Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 20th DAY OF JUNE 2008.

_____
HONORABLE PETER C. LEWIS
United States Magistrate Judge

UNITED STATES OF AMERICA

v.

Arnulfo CASTRO-Gutierrez

## STATEMENT OF FACTS

The complainant states that this complaint is based upon statements in the investigative reports by the apprehending officer, BPA D. Brandt that on June 18, 2008, the defendant, a native and citizen of Mexico was apprehended near Calexico, California, as the driver of a green 1999 Dodge Caravan bearing California license, 8J80725, as he smuggled eleven undocumented aliens from Mexico into the United States in violation of law.

On June 18, 2008, at approximately 5:55 PM, U. S. Border Patrol Agents working the S-2 U. S. Border Patrol Checkpoint received a citizen's report that a green van with no license plates picked up a large group of people on Interstate 8 near the truck escape ramp. Agent Dyke stated he was a half mile behind the vehicle. Agent Brandt immediately left the S-2 Highway Checkpoint and drove towards the intersection of Highway 98 and Interstate 8. A Customs and Border Protection Air & Marine helicopter pilot also began searching for the vehicle. The helicopter acquired visual of the aforementioned vehicle as it continued eastbound on Interstate 8 near the Coyote Bridges. Agent Brandt made visual contact with the vehicle at Dunaway Road and Interstate 8.

Agent Brandt came alongside the vehicle, a green Dodge Caravan, and observed the vehicle riding as though it was heavily laden. Agent Brandt observed the driver, later identified as Arnulfo CASTRO-Gutierrez (CASTRO), wearing a grey tank-top and clutching the steering wheel tightly while staring straight ahead. Agent Brandt stayed next to the vehicle for several moments observing the visible occupants, none of whom would make eye contact with Agent Brandt.

Agent Brandt slowed down and pulled behind the green Dodge Caravan. Once the green Dodge Caravan passed the West Side Road overpass, Agent Brandt activated the emergency equipment on his fully marked U. S. Border Patrol sedan. The vehicle failed to yield and

continued eastbound for several moments at a steady speed then suddenly increased speed and swerved to the left lane to pass a vehicle in front of it.

Shortly before reaching the Derrick Road overpass the green Dodge Caravan made a sharp swerve into the median and drove north across the westbound lanes of traffic, missing westbound vehicles by a matter of seconds. The vehicle came to a stop at a fence and several individuals attempted to flee from the scene. Agent Brandt observed the driver, CASTRO, quickly flee from the driver-side door and leap over the fence. CASTRO continued running north with three other individuals.

Agent Brandt exited his vehicle and identified himself as a U. S. Border Patrol Agent to several individuals attempting to exit the van. All individuals except one, later identified as Eva ORTEGA (ORTEGA), stated they were citizens of Mexico illegally in the United States. ORTEGA was determined to be a United States Citizen. All the individuals were placed under arrest.

Agents arrived and began searching for the outstanding subjects. The CBP Air & Marine helicopter pilot maintained observation of the driver and another passenger as they ran north across two small irrigation canals and into a field. Agents Dyke and Brandt approached an individual wearing a grey tank-top. Agent Brandt recognized the person sitting in the driver seat earlier as CASTRO. The agents identified themselves as U. S. Border Patrol Agents and determined CASTRO and the other individual were citizens of Mexico illegally in the United States. Agents apprehended the three other individuals and determined they were citizens of Mexico illegally in the United States. The subjects were placed under arrest.

CASTRO was read his rights per Miranda by Agnet J. Benavides. CASTRO stated he was a citizen of Mexico without legal documents to be or remain in the United States. CASTRO stated he had previously been deported from the United States by an Immigration Judge. CASTRO stated he last entered the United States by walking through the desert. CASTRO stated he had made arrangements in Tijuana, Mexico, to be smuggled across the border and transported to Salinas, California. CASTRO stated he made arrangements to drive the load vehicle to satisfy his debt to the smuggler.

Material Witnesses Mario CORTEZ-Cervantes, Francisco SOLIS-Gonzalez, and Daniel CORTEZ-Hernandez stated they made arrangements to pay a smuggler $2,200.00 each to be smuggled into the United States. SOLIS and CORTEZ positively identified CASTRO from a six-pack photo line-up as the driver of the Dodge Caravan.

The complainant states that the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
| --- | --- |
| Mario CORTEZ-Cervantes | Mexico |
| Francisco SOLIS-Gonzalez | Mexico |
| Daniel CORTEZ-Hernandez | Mexico |

Further, complainant states that Mario CORTEZ-Cervantes, Francisco SOLIS-Gonzalez and Daniel CORTEZ-Hernandez are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.